UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ANGELA HERNANDEZ-RIVERA,<br><br>　　　　　　Petitioner. | Case No. 20-03887 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: ___July 27, 2020_____

　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\HC.20\03887Hernandez-Rivera_judg.docx